**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00176-CR

### JOSE RUBEN ALVARENGA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82015-2011**

## ORDER

Before the Court is appellant's pro se motion for extension of time to file a motion for rehearing. The motion is **DENIED**.

/s/     JIM MOSELEY
JUSTICE